UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FRANK ROY,

    Plaintiff,

v.

JUSTICE RENEE BUMB,

    Defendant.

Civil Action No. 18-12736 (MAS) (DEA)

**MEMORANDUM ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

This matter comes before the Court on the application of Plaintiff Frank Roy to proceed without prepayment of fees under 28 U.S.C. § 1915. (Application, ECF 1-1.) The Court denies Plaintiff's application for indigence without prejudice because Plaintiff failed to provide essential information necessary for the Court to determine whether he is economically eligible to proceed *in forma pauperis*. Specifically, the Court finds Plaintiff's response to the following items illegible: (1) question one's inquiry about Plaintiff's "Disability" income (*id.* at 2); (2) question five's inquiry about Plaintiff's home value (*id.* at 3); (3) question nine's inquiry about Plaintiff's expectation of major income changes (*id.* at 5); and (4) question eleven's request for "any other information . . . ." (*Id.*) Additionally, Plaintiff failed to include a total monthly expenses figure (*id.*), and his total monthly income figure appears to be an error, as its sum is less than the figure Plaintiff listed for his monthly retirement income (*Id.* at 2). Finally, Plaintiff's response to question eight's inquiry about his rental or mortgage payment differs from his answer in two companion *in forma pauperis* applications. (*See id.* at 4; *see also Roy v. N.J. Dep't of Banking & Ins.*, 3:18-cv-11490, ECF 1-1; *Roy v. Penn Nat'l Ins. Co.*, 3:18-cv-11489, ECF 1-1.)

Accordingly,

IT IS on this 12th day of September, 2018, **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 1-1) is **DENIED WITHOUT PREJUDICE**.

2. By **September 21, 2018**, Plaintiff may refile an application to proceed *in forma pauperis* using the Long Form Application entitled Form AO 239, found at http://www.uscourts.gov/forms/fee-waiver-application-forms/application-proceed-district-court-without-prepaying-fees-or.

3. The clerk is ordered to close the file. Plaintiff may submit payment in the amount of **$400** by **September 21, 2018**, at which time the Court will reopen the matter. If Plaintiff refiles an amended *in forma pauperis* application, the Court will reopen the matter and review the application pursuant to 28 U.S.C. § 1915.

*/s/ Michael A. Shipp*
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**